**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 23, 2023**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| In re: Proceedings to Enforce Fed. R. Bankr. P. 9036 | : : : | |
| • Kettering Health Network | : : | Misc. Proceeding No. 23-00202 Judge Hoffman |
| Respondent | : : | |

**ORDER REQUIRING RESPONDENT TO APPEAR THROUGH COUNSEL
AT A STATUS CONFERENCE ON July 18, 2023 AT 10:00 A.M.**

The Administrative Office of the United States Courts has advised the Court that the above-captioned Respondent has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 50 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients, with limited exceptions, must receive electronic bankruptcy notices in lieu of paper notices.

The Administrative Office of the United States Courts has advised the Court that Respondent has failed to register to receive electronic bankruptcy notices.

On **July 18, 2023 at 10:00 a.m.,** in Courtroom A, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215, the Court will conduct a status conference to determine what action should be taken to compel, if necessary, Respondent to comply with Federal Rule of

Bankruptcy Procedure 9036.  Respondent is ordered to appear at the status conference through counsel.  Counsel should be prepared to advise the Court on the steps that Respondent is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.[1]

In lieu of attendance at the scheduled status conference, a Respondent may complete and file **Exhibit A**, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.[2]  Alternatively, a Respondent may complete and file **Exhibit B**, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center.  Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.  If either exhibit is timely filed, appearance at the status conference is waived.

The Clerk will serve this order on Respondent by United States Mail and file a certificate of service.

**IT IS SO ORDERED.**

---

[1] In addition to any appropriate sanctions, failure to comply with this order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account by the Bankruptcy Noticing Center, as set forth in Exhibit B.

[2] Registration for electronic bankruptcy noticing is available at the following web site: https://bankruptcynotices.uscourts.gov/register.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| In re: Proceedings to Enforce | : | |
| Fed. R. Bankr. P. 9036 | : | |
| | : | Misc. Proceeding No. 23-00202 |
| • Kettering Health Network | : | Judge Hoffman |
| | : | |
| Respondent | : | |

**STATEMENT CONFIRMING REGISTRATION FOR
<u>ELECTRONIC BANKRUPTCY NOTICING</u>**

This Statement is filed on behalf of _____.

The entity identified above received the Court's order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

In re: Proceedings to Enforce             :
Fed. R. Bankr. P. 9036                        :
                                                              :   Misc. Proceeding No. 23-00202
- Kettering Health Network          :   Judge Hoffman
                                                              :
            Respondent                          :

**STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT
CREATED BY THE BANKRUPTCY NOTICING CENTER**

This Statement is filed on behalf of _____.

The entity identified above received the Court's order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning on **August 25, 2023**, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:       _____

Typed Name:    _____

Date:                _____

Service List:

Kettering Health Network
3535 Southern Blvd.
Kettering, OH 45429-1221

Kettering Adventist Healthcare
3535 Southern Blvd.
Kettering, OH 45429

United States Bankruptcy Court

Southern District of Ohio

In re:     Case No. 23-00202-jeh

Kettering Health Network     Chapter

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2     User: ad     Page 1 of 1

Date Rcvd: Jun 23, 2023     Form ID: pdf01     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Kettering Adventist Healthcare, 3535 Southern Blvd., Kettering, OH 45429-1221 |
| pla | Kettering Health Network, 3535 Southern Blvd., Kettering, OH 45429-1221 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cb.ecf@usdoj.gov | Jun 23 2023 18:31:00 | Asst US Trustee (Col), Office of the US Trustee, 170 North High Street, Suite 200, Columbus, OH 43215-2417 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023     Signature:     /s/Gustava Winters