**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 19, 2023**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| In re: Proceedings to Enforce Fed. R. Bankr. P. 9036 | : : : |
| Kettering Health Network, | : Misc. Proceeding No. 23-00202 : Judge Hoffman |
| Respondent. | : : : |

## ORDER DIRECTING COMPLIANCE WITH
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 9036

The Court initiated this proceeding by entering its Order Requiring Respondent to Appear Through Counsel at a Status Conference on July 18, 2023, at 10:00 a.m. ("Order"). The Order:

- was issued after Respondent was designated by the Administrative Office of the United States Courts as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036 ("Rule 9036");

- scheduled a status conference ("Status Conference") to determine what action should be taken to compel, if necessary, Respondent to comply with Rule 9036;

- provided that, in lieu of attendance at the Status Conference the Respondent could (1) complete and file **Exhibit A** (attached to the Order), confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity, or (2) complete and file **Exhibit B** (attached to the Order), confirming

- that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center ("BNC");

- stated that (1) any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled Status Conference, and (2) if either exhibit is timely filed, appearance at the Status Conference is waived; and

- provided that failure to comply with the Order or register for electronic noticing would result in the cessation of paper noticing from U.S. Bankruptcy Courts and the creation of an electronic account by the BNC, as set forth in **Exhibit B**.

The Court convened the Status Conference at the scheduled time on July 18, 2023. Respondent failed to (1) take the steps necessary to excuse its attendance at the Status Conference (i.e., by filing either **Exhibit A or B**, along with the accompanying documentation), and (2) attend the Status Conference.

To ensure compliance with Rule 9036, the Court hereby recommends to the Administrative Office of the United States Courts that (1) the BNC establish an electronic notice account for Respondent, and (2) beginning on August 25, 2023, Respondent no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts but instead be provided with such notices electronically, at the account established by the BNC for that entity.

**IT IS SO ORDERED.**

Service List:

Kettering Health Network
3535 Southern Blvd.
Kettering, OH 45429-1221

Kettering Adventist Healthcare
3535 Southern Blvd.
Kettering, OH 45429